IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CAROLYN ANN RANSBY,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| vs. | )   **CIVIL ACTION NO. 07-0656-CG-B** |
| | ) |
| **J. K. MCCANN TRUCKING, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

**ORDER**

Local Rule 3.4 requires that

  A.  A corporation, association, joint venture, partnership, syndicate, or other similar entity appearing as a party or *amicus* in any proceeding shall file a Disclosure Statement, at the time of the filing of the initial pleading, or other court paper on behalf of that party or as otherwise ordered by the court, identifying all parent companies, subsidiaries, and affiliates that have issued shares or debt securities to the public.

A review of the above-styled case reveals that defendant J. K. McCann Trucking filed its answer on October 9, 2007 (Doc. 7); however, it has not filed its required disclosure statement. Therefore, J. K. McCann Trucking is **ORDERED** to file its disclosure statement **on or before January 17, 2008**, or **SHOW CAUSE** by that date why it is not able to comply with Local Rule 3.4.

The clerk is directed to attached a copy of a blank disclosure statement to this order.

**DONE and ORDERED** this 3rd day of January, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE